REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: CONSPIRACY TO IMPORT FIVE OR MORE KILOGRAMS OF COCAINE [21 USC 963] |
| | | ORIGINAL SENTENCE: Nineteen (19) months imprisonment. The defendant be designated to F.C.I. Danbury in order to be close to home and family. The defendant shall surrender for services of sentence at the institution designated by the Bureau of Prisons before 12:00 noon on November 14, 2005. |
| FROM: | Paula F. Dunn<br>Senior U.S. Probation Officer | SPEC. CONDITIONS: Three (3) years Supervised Release; $100.00 Special Assessment.<br>1. The defendant shall be required to continue her cooperation with the U.S. Government.<br>2. The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. |

07 CRIM 925

RE:    WALKER, Tinisha
       Docket # 03-20483-CR-GOLD

DATE OF SENTENCE:   07/13/2005

DATE:    September 27, 2007

ATTACHMENTS:   PSI X    JUDGMENT X
REQUEST FOR:   COURT DIRECTION   X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2007

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the Southern District of Florida on July 13, 2005 as outlined above. She was released from custody on March 29, 2007 to commence her supervised release term. On August 7, 2007, the Southern District of Florida initiated a transfer of jurisdiction with their Court, based on her permanent residence in this district.

Attached please find Probation Form 22 signed on July 19, 2007 by the Honorable Marcia G. Cook, U.S. District Judge for the Southern District of Florida (Miami), ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

WALKER, Tinisha                                                P41164-PFD
Docket No. 03-20483-CR-GOLD
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22), be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*Paula F. Dunn (dg)*

Paula F. Dunn
Senior U.S. Probation Officer
(212) 805-5080

Approved by:

*Avriel G. George   9-28-07 (dg)*
    Avriel G. George,         Date
    Supervising U.S. Probation Officer

dg
Enclosures (2)